WILLIAM C. MORISON (No. 99981)
wcm@morisonprough.law
HENRY M. SU (No. 171853)
hms@morisonprough.law
MORISON & PROUGH, LLP
2540 Camino Diablo, Suite 100
Walnut Creek, CA 94597
Telephone: (925) 937-9990
Facsimile: (925) 937-3272

Attorneys for Plaintiff
HALLMARK AMERICAN
INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HALLMARK AMERICAN INSURANCE COMPANY, an Arizona corporation,<br><br>Plaintiff,<br><br>v.<br><br>VALLEE DEVELOPMENT CORP., a California corporation, et al.,<br><br>Defendants. | Case No. 2:19-cv-00707-TLN-EFB<br><br>APPLICATION AND ORDER FOR APPROVAL OF MINORS' COMPROMISE PURSUANT TO LOCAL RULE 202(b)(1) |

TO THE ABOVE-ENTITLED COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:

Plaintiff Hallmark American Insurance Company ("Hallmark") submits this application and proposed order for minors' compromise pursuant to Local Rule 202(b)(1).

1. Hallmark filed the complaint on April 24, 2019. The complaint alleges an insurance coverage dispute arising out of two underlying state court wrongful death actions: (1) *C.V. et al. v. The Estate of Terry Dale Vallee, et al.*, Solano County Superior Court, No. FCS051455[1]; and (2) *Cristell Hoover, et al. v. Kelly Vallee Miller, et al.*, Solano County Superior Court, No. FCS052211. Both lawsuits are hereinafter referred to as the Underlying Actions.

---
[1] The names of the minors in the underlying actions and confidential settlement terms have been redacted from all exhibits to this application.

2. The Underlying Actions settled. A redacted copy of the settlement agreement in the Underlying Action is attached hereto as Exhibit "A".

3. There are three minors involved in the Underlying Actions: C.V., S.V., and E.H. They are all represented by counsel and guardians ad litem appointed in the state court. The state court approved the minors' settlements on September 24, 2019. A redacted copy of the state court order approving C.V.'s settlement is attached hereto as Exhibit "B". A redacted copy of the state court order approving S.V.'s settlement is attached hereto as Exhibit "C". A redacted copy of the state court order approving E.H.'s settlement is attached hereto as Exhibit "D".

4. In tandem with the settlement of the Underlying Actions, the parties to this coverage action have also settled, subject to the Court's approval.

5. A redacted copy of the settlement agreement in this action is attached hereto as Exhibit "E".

6. The parties stipulate that they have no objection to the Court's approval of the settlement agreement in this case.

7. The parties further represent that when the conditions and terms in the settlement agreements in the underlying actions are met, the parties will file a stipulation for dismissal of this action with prejudice.

Dated: October 3, 2019  MORISON & PROUGH, LLP


By: /s/ William C. Morison
     William C. Morison

Attorneys for Plaintiff
HALLMARK AMERICAN
INSURANCE COMPANY

## ORDER

Pursuant to the stipulation of the parties and Local Rule 202(b)(1), the settlement agreement in the above-captioned action is hereby APPROVED.

IT IS SO ORDERED.

Dated: December 18, 2019

_____
Troy L. Nunley
United States District Judge